**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants SHASTA COUNTY,
SHASTA COUNTY SHERIFF'S DEPARTMENT, a
division of SHASTA COUNTY,
DEPUTY N. THOMPSON, and DEPUTY NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY DOUGLAS, | Case No. 2:08-CV-2058-FCD-CMK |
| Plaintiff, | **ORDER** |
| vs. | Location: 2986 Bechelli Lane  Redding, California |
| SHASTA COUNTY, SHASTA COUNTY SHERIFF'S DEPARTMENT, DEPUTY N. THOMPSON DEPUTY NELSON of SHASTA COUNTY SHERIFF'S DEPARTMENT, DOES 1-10 INCLUSIVE, | MAGISTRATE JUDGE CRAIG KELLISON |
| Defendants. | |

Having considered defendants' Application for an Order Shortening Time, and finding good cause therefor,

IT IS HEREBY ORDERED that the Court will hear defendants' Motion to Compel the Deposition of Shirley Douglas and related matters on February 24, 2010 at 10:00 a.m. at the Court located at 2986 Bechelli Lane, Redding, California.  Moving party shall serve this Order and the moving papers by fax by 5:00 p.m. on or before February 19, 2010,
/ / /

**ORDER**      **1**

and plaintiff may respond by fax service by 2:00 p.m. on or before February 23, 2010.

DATED: February 19, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

ORDER 2